**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Kurt FISCHER, Petitioner.**

Supreme Court of Pennsylvania.

June 15, 1999.

Michael M. Mustokoff, Jonathan L. Swichar, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

**AND NOW,** this 15th day of June 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Whether the Superior Court erred in affirming the trial court's finding that trial counsel was not ineffective for failing to request that the trial court provide a specific jury instruction concerning petitioner's "reasonable mistake as to consent."